**Will SIMPSON et al., Appellants, v. C. R. YARBOROUGH, Appellee.**

No. 14576.

Court of Civil Appeals of Texas.
Fort Worth.
April 21, 1944.

Israel Smith, of Tyler, for appellant.

White & Yarborough, of Dallas, for appellee.

PER CURIAM.

On November 12, 1943, we affirmed the judgment of the trial court. In view of the opinion of the Supreme Court in Simpson v. McDonald, Chief Justice, et al., Tex.Sup., 179 S.W.2d 239, our former judgment is hereby set aside, the judgment of the trial court is reversed, and judgment is here rendered in favor of appellants. Our former opinion reported in 175 S.W.2d 630, is withdrawn.

**Reva FOREMAN, Appellant, v. STATE of Texas, Appellee.**

No. 22892.

Court of Criminal Appeals of Texas.
May 10, 1944.

Bob Shropshire and Lloyd Hutcheson, both of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the offense of assault with intent to commit murder with malice. The penalty assessed is confinement in the state penitentiary for a period of three years.

Since perfecting the appeal, appellant has filed a written motion, duly verified, requesting the withdrawal thereof. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Kitty GREEN, Appellant, v. STATE of Texas, Appellee.**

No. 22872.

Court of Criminal Appeals of Texas.
April 12, 1944.

M. E. Cain, of Liberty, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder, and her punishment assessed by the jury at confinement in the penitentiary for a term of life.

Since the filing of the record in this court, the appellant has presented a written motion, duly verified, stating that she no longer desires to prosecute the appeal, and requesting that the same be dismissed. The motion is granted and the appeal is ordered dismissed.